1  Harris Zimmerman, Esq., No. 22,653
      harris@zimpatent.com
2  Michael James Cronen, Esq., No. 131,087
      mcronen@zimpatent.com
3  ZIMMERMAN & CRONEN, LLP
   1330 Broadway, Suite 710
4  Oakland, California 94612-2506
   Telephone:  (510) 465-0828
5  Telefax:  (510) 465-2041

6  Attorneys for Plaintiffs,
   FASTCAP, LLC and PAUL AKERS
7

8  Daniel M. Cislo, Esq., No. 125,378
      danielcislo@cislo.com
9  Mark D. Nielsen Esq., No. 210,023
      mnielsen@cislo.com
10 CISLO & THOMAS LLP
   1333 2nd Street, Suite 500
11 Santa Monica, California 90401
   Telephone:  (310) 451-0647
12 Telefax:  (310) 394-4477

13 Attorneys for Defendants,
   ATLANTIC, INC. and JAMES DARDASHTI
14

15             UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17

18 | FASTCAP, LLC and PAUL AKERS | CASE NO.  CO8-05364 EDL |
|---|---|
| Plaintiffs, | |
| vs. | STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER THEREON |
| ATLANTIC, INC. and JAMES DARDASHTI, | [Local Rule 6-2(a)] |
| Defendants. | [Declaration of Daniel M. Cislo submitted concurrently herewith] |

## STIPULATION

WHEREAS, Defendants Atlantic, Inc. and James Dardashti (collectively referred to as "Atlantic") were served with the Complaint on or about January 12, 2009;

WHEREAS, Atlantic's response to the Complaint, which will be its first pleading in this case, is due on or about February 2, 2009;

WHEREAS, the parties intend to discuss settlement of this matter in the additional period of time that a thirty-day extension of time would provide;

WHEREAS, Atlantic has not requested the additional time to respond to the Complaint for purposes of delay;

WHEREAS, counsel for Plaintiffs FastCap, LLC and Paul Akers (collectively referred to as "FastCap") has consented to an extension of time until March 2, 2009 for Atlantic to respond or otherwise plead in response to the Complaint;

NOW THEREFORE, FastCap and Atlantic by and through their counsel of record, hereby agree and stipulate that Atlantic shall have until March 2, 2009 to respond or otherwise plead in response to the Complaint.

Accordingly, the Order Setting Initial Case Management Conference and ADR Deadlines in this case are agreed by the parties to be changed as follows:

| | | |
|---|---|---|
| 3/10/2009 | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR Certification signed by Parties and Counsel<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCivP_26(f)&ADR L.R.3-5<br><br><br><br>Civil_L.R. 16-8 (b) & ADR L.R. 3-5(b)<br><br><br>Civil_L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| 3/24/2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | FRCivP26(a) (1)<br>Civil_L.R. 16-9 |
| 4/3/2009 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm E, 15th Floor, SF at 10:00 AM | Civil_L.R. 16-10 |

ZIMMERMAN & CRONEN, LLP

By:_____
   Harris Zimmerman, Esq.
   Michael James Cronen, Esq.

Attorneys for Plaintiff,
FASTCAP, LLC and PAUL AKERS

Dated: January ___, 2009

CISLO & THOMAS LLP

By:_____
   Daniel M. Cislo, Esq.
   Mark D. Nielsen, Esq.

Attorneys for Defendant,
ATLANTIC, INC. and JAMES DARDASHTI

Dated: January ___, 2009


IT IS SO ORDERED.

Dated: January ___, 2009

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

3

| Date | Event | Rule |
|---|---|---|
| 3/10/2009 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel | Civil L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| 3/24/2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | FRCivP26(a) (1)<br>Civil L.R. 16-9 |
| 4/3/2009 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm E, 15th Floor, SF at 10:00 AM | Civil L.R. 16-10 |

ZIMMERMAN & CRONEN, LLP

By: _____
Harris Zimmerman, Esq.
Michael James Cronen, Esq.

Attorneys for Plaintiff,
FASTCAP, LLC and PAUL AKERS

Dated: January 17, 2009

CISLO & THOMAS LLP

By: _____
Daniel M. Cislo, Esq.
Mark D. Nielsen, Esq.

Attorneys for Defendant,
ATLANTIC, INC. and JAMES DARDASHTI

Dated: January 17, 2009

IT IS SO ORDERED.

Dated: January 26, 2009

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED — Judge Elizabeth D. Laporte*

3