1  Harris Zimmerman, Cal. State Bar No. 22653
   Michael James Cronen, Cal. State Bar No. 131087
2  ZIMMERMAN & CRONEN, LLP
   1330 Broadway, Suite 710
3  Oakland CA  94612-2506
   Telephone:      (510) 465-0828
4  Facsimile:       (510) 465-2041
   E-Mail:          mcronen@zimpatent.com
5
   Attorneys for Plaintiffs
6  FastCap, LLC and Paul Akers

7  Daniel M. Cislo, Esq. Cal. State Bar No. 125378
   Mark D. Nielsen, Esq., Cal. State Bar No. 210,023
8  CISLO & THOMAS, LLP
   1333 2nd Street, Suite 500
9  Santa Monica, California 90401
   Telephone:      (310) 451-0647
10 Facsimile:       (310) 394-4477
   E-Mail:          danielcislo@cislo.com; mnielsen@cislo.com
11
   Attorneys for Defendants
12 Atlantic, Inc. and James Dardashti

13
                   IN THE UNITED STATES DISTRICT COURT
14                FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | FASTCAP, LLC and PAUL AKERS,     )   Case No: C - 08 - 05364 EDL
                                      )
17 |         Plaintiffs,               )
                                      )
                                      )   STIPULATION TO RESET CASE
18 | v.                                )   MANAGEMENT CONFERENCE
                                      )   DATE AND [~~PROPOSED~~] ORDER
19 | ATLANTIC, INC. and JAMES         )   THEREON
     DARDASHTI,                       )
20                                    )   [Declaration of Michael J. Cronen
                                      )   submitted concurrently herewith]
21 |         Defendants.               )
                                      )

22

23

24     The parties hereto hereby stipulate, by and through their respective consel record as
   follows:
25
       1. The Case Management Conference in this matter is presently set for April 7, 2009.
26
       2. The parties agree to reset the Case Management Conference for May 12, 2009.  This
27

28 Stip. To Reset Case
   Management Conf.                        1

1  request is not for purposes of delay but to provide the parties with sufficient time to explore
2  possible settlement of their dispute and to engage in further settlement discussions toward this
3  end.  This stipulated request is accompanied by the Declaration Of Michael Cronen In Support
4  Of Stipulation filed herewith in conformity with Civil L.R. 7-12 and incorporated herein by this
5  reference.

       3.  There have been previous time modifications in this case, including by stipulation and
by Court Order.

       4.  The present request for extension of time will push back all deadlines in the Court's
Order Setting Initial Case Management Conference and ADR Deadlines be as follows:

| April 19, 2009 | Last day to meet and confer re: initial disclosures, early settlement, ADR selection, and discovery plan.  File ADR Certification.  File either Stipulation to ADR Process or Notice for ADR Phone Conference. |
| --- | --- |
| May 5, 2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |
| May 12, 2009 | Initial Case Management Conference (CMC) in Courtroom E, 15th Floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California, at 10:00 AM. |

By: /s/ Michael James Cronen                             By: /s/Daniel M. Cislo
Michael James Cronen, Esq.                               Daniel M. Cislo, Esq.
Attorney for Plaintiff,                                  Attorney for Defendants,
FastCap, LLC and Paul Akers                              Atlantic, Inc. and James Dardashti
Dated: April 1, 2009                                     Dated April 1, 2009

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 2, 2009



Stip. To Reset Case
Management Conf.                          2