IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASTCAP, LLC and PAUL AKERS,<br><br>   Plaintiffs,<br>   v.<br><br>ATLANTIC, INC. and JAMES DARDASHTI,<br><br>   Defendants | No. C-08-5364 MMC<br><br>**ORDER DIRECTING PARTIES TO FILE SETTLEMENT AGREEMENT; VACATING CASE MANAGEMENT CONFERENCE** |

   Before the Court is the parties' "Stipulated Dismissal and [Proposed] Order Retaining Jurisdiction to Enforce Settlement Agreement," filed June 10, 2009, by which the parties stipulate that a judgment be entered dismissing the above-titled action with prejudice in accordance with a settlement agreement, which agreement the parties request be incorporated into the judgment.  The parties further stipulate and request that the Court retain jurisdiction over the action to enforce the terms of the settlement agreement.  The parties, however, have failed to submit a copy of their settlement agreement.

   Accordingly, the parties are hereby DIRECTED to file, no later than June 19, 2009, a copy of their settlement agreement.

   Further, in light of the above-referenced settlement, the June 19, 2009 Case Management Conference is hereby VACATED.

   **IT IS SO ORDERED.**

Dated: June 11, 2009

_____
MAXINE M. CHESNEY
United States District Judge