Daniel M. Cislo, Esq., No. 125,378
danielcislo@cislo.com
Mark D. Nielsen Esq., No. 210,023
mnielsen@cislo.com
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendants,
ATLANTIC, INC. and JAMES DARDASHTI

RECEIVED
JUN 1 9 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASTCAP, LLC and PAUL AKERS,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC, INC. and JAMES DARDASHTI,<br><br>Defendants. | CASE NO. C-08-5364 MMC<br><br>[Hon. Maxine M. Chesney]<br><br>[~~PROPOSED~~] ORDER GRANTING ATLANTIC, INC. AND JAMES DARDASHTI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Pursuant to Local Rules 7-11 and 79-5(d), this court GRANTS Atlantic, Inc. and James Dardashti's Administrative Motion to File Under Seal the SETTLEMENT AGREEMENT lodged June 18, 2009.

**IT IS SO ORDERED.**

Entered: 6/23/09

_____
Hon. Maxine M. Chesney
United States District Judge