Harris Zimmerman, Cal. State Bar No. 22653
Michael James Cronen, Cal. State Bar No. 131087
ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
Oakland CA 94612-2506
Telephone: (510) 465-0828
Facsimile: (510) 465-2041
E-Mail: mcronen@zimpatent.com

Attorneys for Plaintiffs
FastCap, LLC and Paul Akers

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASTCAP, LLC and PAUL AKERS, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC, INC. and JAMES DARDASHTI, <br><br> Defendants. | Case No: C - 08 - 05364 ~~EDL~~ MMC <br><br> STIPULATED DISMISSAL AND ORDER RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT |

It is hereby stipulated and agreed between the parties to this action that judgment be entered as follows:

1. The Court has jurisdiction over the parties to this action and venue in this district is proper.

2. The parties have settled their dispute in this matter pursuant to the terms of that certain Settlement Agreement dated effective May 15, 2009, among the parties, the terms of which are incorporated herein.

3. The Court specifically retains jurisdiction to enforce the terms of this

Stip. Dismissal &
Ord. Retaining Juris.                                1

Judgment and the Settlement Agreement identified in paragraph 2 above, which may be enforced by a Motion To Enforce Settlement.

4. Except as otherwise set forth in paragraphs 2 and 3 above, the Court hereby dismisses Plaintiff's claims and Defendant's counterclaims with prejudice.

6. Each party hereto shall bear their own costs and attorneys fees herein.

**FASTCAP, LLC**

Dated: June 1, 2009  By: _____
                          Paul Akers
Its: President

**PAUL AKERS**

Dated: June 1, 2009  By: _____
                          Paul Akers

**ATLANTIC, INC**

Dated: _____  By: _____

                       Its: _____

**JAMES DARDASHTI**

Dated: _____  By: _____
                          James Dardashti

Stip. Dismissal &
Ord. Retaining Juris.                2

1  Judgment and the Settlement Agreement identified in paragraph 2 above, which
2  may be enforced by a Motion To Enforce Settlement.
3       4. Except as otherwise set forth in paragraphs 2 and 3 above, the Court
4  hereby dismisses Plaintiff's claims and Defendant's counterclaims with prejudice.
5       6. Each party hereto shall bear their own costs and attorneys fees herein.

FASTCAP, LLC

Dated: _____     By: _____
                              Paul Akers
                         Its:  President

PAUL AKERS

Dated: _____     By: _____
                              Paul Akers

ATLANTIC, INC

Dated: _____     By: _____

                         Its: COO + General Counsel

JAMES DARDASHTI

Dated: _____     By: _____
                              James Dardashti

Stip. Dismissal &
Ord. Retaining Juris.            2

**APPROVED AS TO FORM:**

Dated: June 1, 2009               By: /s/ Michael James Cronen
                                      Michael James Cronen, Esq.

                                      Attorney for Plaintiffs,
                                      FastCap, LLC and Paul Akers

Dated: June 1, 2009               By: /s/Daniel M. Cislo
                                      Daniel M. Cislo, Esq.

                                      Attorney for Defendants,
                                      Atlantic, Inc. and James
                                      Dardashti

## JUDGMENT

IT IS SO ORDERED AND ADJUDGED.

Dated: June 24, 2009                          _____
                                              United States District Judge

Stip. Dismissal &
Ord. Retaining Juris.                3